UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Casimiro-Trinidad (A-Number: 221-370-651),<br><br>        Petitioner,<br><br>   v.<br><br>U.S. ATTORNEY GENERAL, et al.,<br><br>        Respondents. | No.  1:26-cv-02974-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DENYING MOTION TO DISMISS, DIRECTING RESPONDENTS TO PROVIDE PETITIONER WITH BOND HEARING, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 8, 10 |

Petitioner Daniel Casimiro-Trinidad is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 15, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition, denying respondents' motion to dismiss, and ordering respondents to provide petitioner with a bond hearing.  Doc. 10.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On May 18, 2026, respondents filed a one-sentence objection, objecting "for the same reasons advanced in Respondents' earlier filing."  Doc. 11.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on May 15, 2026, Doc. 10, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. Respondents' motion to dismiss, Doc. 8, is DENIED.

4. Respondents are ORDERED to provide petitioner Daniel Casmirio-Trinidad (A-Number: 221-370-651) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within fourteen (14) days of the date of this Order.  Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 48 hours' written notice before the bond hearing.  If respondents do not provide him with a bond hearing within fourteen days, respondents must release him.

5. The Clerk is directed to serve California City Detention Center with a copy of this Order.

6. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:   May 20, 2026

_____
UNITED STATES DISTRICT JUDGE

2